UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Kola,

      Plaintiff(s),

   - against -

ARS National Services, Inc.,

      Defendant(s).
------------------------------------------------------------X

**O R D E R**

7:18-CV-01568 (CS)

<u>Seibel, J.</u>

  It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within sixty days of the date of this order, Plaintiff may apply by letter within the sixty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

  SO ORDERED.

Dated:
  White Plains, New York
  November 8, 2018

            _____
            CATHY SEIBEL, U.S.D.J.